

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'17MJ3332

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FRANCISCO LUIS BENNEN (1)<br>JOHN PAUL ROSAS (2),<br><br>　　　　　　　Defendants. | Case No.: _____<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21, U.S.C., Secs.<br>841(a)(1), 846 – Conspiracy to<br>Distribute Methamphetamine<br>(Felony) |

The undersigned complaint being duly sworn states:

### Count One

Beginning at a date unknown and continuing up to and including September 7, 2017, within the Southern District of California, and elsewhere, defendants FRANCISCO LUIS BENNEN and JOHN PAUL ROSAS did knowingly and intentionally conspire with each other and persons known and unknown to distribute 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

James M. Peters
Special Agent
Drug Enforcement Administration

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12TH DAY OF September 2017.

HON. WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

2



## Statement of Facts

1. On August 31, 2017, Drug Enforcement Administration (DEA) agents were using a stationary camera to conduct surveillance of the residence located at 1258 W. Vaquero Court, Chula Vista, California as part of an on-going DEA investigation. On at least two prior occasions, DEA agents observed vehicles park in the garage area at the Vaquero Court residence for brief periods of time and then within a week the same vehicles attempted to enter the United States from Mexico with drugs concealed in the vehicles. DEA agents determined that the Vaquero Court residence was a possible location were drugs were unloaded from vehicles that had recently crossed the international border. Through surveillance, DEA agents identified Francisco Luis BENNAN as the primary occupant of the Vaquero Court residence.

2. On August 31, 2017, DEA agents observed a Nissan Quest arrive at the Vaquero Court residence and park in the garage for approximately one hour. Record checks showed that the vehicle had entered the United States from Mexico the previous evening. After the vehicle departed the residence, law enforcement stopped the vehicle after observing a traffic violation. The driver and sole occupant, identified as Javier Pinal, gave consent to search the vehicle. Inside the vehicle, agents found a hidden compartment in the rear passenger area. Inside the compartment, agents found a wax substance similar to that used to package drugs. In a post-arrest interview, Pinal stated that he owed work to drug and alien smugglers that had smuggled him into the United States and that he did work for them like driving the truck he was arrested in. Pinal admitted that he had driven the vehicle to the Vaquero Court residence.

3. On August 31, 2017, law enforcement officers obtained a search warrant for 1258 W. Vaquero Court from a judge in the Superior Court of California. During the execution of the warrant, agents located BENNAN hiding in a closet in the master bedroom, which agents determined belonged to BENNAN. Inside the garage, agents found approximately 28.2 pounds of methamphetamine, a Schedule II Controlled Substance, with a similar wax product as discovered in the Nissan Quest compartment, a stolen revolver that had been manufactured outside the State of California, several

boxes of live ammunition, two digital scales, rolls of cellophane packaging material, an electronic money counter, and $6,500 in cash. Inside, BENNEN's bedroom, agents found additional ammunition and two Glock handgun magazines, one of which was a high capacity magazine. Record checks show that BENNAN is a convicted felon who was sentenced on or about January 30, 2007 to 52 months in custody for Possession of a Controlled Substance for Sale in the Superior Court of California, County of San Diego. BENNAN was booked into state custody and released on bond on September 4, 2017.

    4.    On September 6, 2017, agents continued to conduct surveillance at the Vaquero Court residence and observed John Paul ROSAS arrive at the residence and back a pick-up truck up to the garage. Agents observed ROSAS and another male load a motorcycle into the back of the truck before ROSAS departed in the truck. Agents subsequently stopped the truck for a traffic violation and found approximately 8 pounds of methamphetamine in a blue bag in the cab of the truck.

    5.    On September 7, 2017, agents obtained a second search warrant for 1258 W. Vaquero Court from a judge in the Superior Court of California. While executing the warrant, agents found inside BENNEN's bedroom's attached bathroom, a concealed compartment that opened by remote control. Inside the compartment agents found approximately 386 grams of cocaine, a Schedule II Controlled Substance, 2 firearms, and ammunition.